| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____  Chapter  11 |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  BENCHMARK POST, INC., a California corporation

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  47-2258026

**4. Debtor's address**

**Principal place of business**
2901 West Alameda Avenue
Suite 100
Burbank, CA 91505
Number, Street, City, State & ZIP Code

Los Angeles
County

**Mailing address, if different from principal place of business**
27047 Edgewater Lane
Valencia, CA 91355
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**
_____
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)  www.benchmarkpost.com

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor   BENCHMARK POST, INC., a California corporation _____   Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    5122

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor   Benchmark Sound Services, Inc.   Relationship   Affiliate
District   Central District of California   When   5/04/17   Case number, if known   2:17-bk-_____-_

Official Form 201       **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 2

Debtor   BENCHMARK POST, INC., a California corporation _____   Case number (*if known*) _____
      Name

**11. Why is the case filed in *this district?***    *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other  _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
       Contact name _____
       Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   BENCHMARK POST, INC., a California corporation                               Case number (*if known*)
         Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   May  4, 2017
              MM / DD / YYYY

**X** /s/ Pedro Jimenez                                      Pedro Jimenez
Signature of authorized representative of debtor             Printed name

Title   President

**18. Signature of attorney**

**X** /s/ Jason D. Balitzer                                  Date   May  4, 2017
Signature of attorney for debtor                                    MM / DD / YYYY

Jason D. Balitzer
Printed name

SulmeyerKupetz
Firm name

333 South Hope Street
35th Floor
Los Angeles, CA 90071-1406
Number, Street, City, State & ZIP Code

Contact phone   213.626.2311        Email address   www.sulmeyerlaw.com

244537
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | BENCHMARK POST, INC., a California corporation |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Kipjoe, Inc. (Steiner Construction) Joseph J. Steiner, President 5525 Oakdale Avenue Suite 450 Woodland Hills, CA 91364 | build@steinerconstruction.com 818.758.2150 | 2901 West Alameda Avenue No. 100 Burbank, CA 90505 | Disputed Subject to Setoff | | | $458,444.30 |
| Renegade Flooring, Inc. 2999 Overland Avenue Suite 111 Los Angeles, CA 90064 | mark@renegadeflooring.com; walt@renegadeflooring.com 310.730.6731 | 2901 West Alameda Avenue Suite 100 Burbank, CA 91505 | Disputed | | | $69,512.60 |
| CF Burbank Office, L.P. 100 Waugh Street Suite 600 Houston, TX 77007 | 818.557.6620 | Utilities/Operating Expenses per Lease | | | | $51,766.00 |
| Trendex Corporation Attn:  Pam Vincent 9353 Eton Avenue Chatsworth, CA 91311 | 818.407.9600 | 2901 West Alameda Avenue Suite 100 Burbank, CA 91505 | Disputed | | | $34,367.00 |
| Dolby Laboratories, Inc. 16841 Collections Center Drive Chicago, IL 60693 | www.dolby.com 415.558.0200 | Business Debt | | | | $6,495.00 |
| Audio Intervisual Design James Pace, Owner 1155 North La Brea Avenue Los Angeles, CA 90038 | James Pace, Owner jpace@aidinc.com 323.845.1155 | Business Debt | | | | $5,646.08 |

Debtor  BENCHMARK POST, INC., a California corporation            Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| John Cox<br>3922 Greenwood Street<br>Newbury Park, CA 91320 | johndcox@gmail.com<br>310.614.6638 | Business Debt | | | | $4,800.00 |
| Superior Alarm Systems<br>Post Office Box 10084<br>Canoga Park, CA 91309 | Kathy<br>kathy@sasecurity.com<br>818.700.7100 | Business Debt | | | | $4,124.94 |
| Aladdin Glass & Mirror<br>18758-2 Bryant Street<br>Northridge, CA 91324 | info@aladdinglass.net<br>818.885.0500 | Business Debt | | | | $444.48 |
| JPMorgan Chase Bank, NA<br>Post Office Box 29550<br>AZ1-1025<br>Phoenix, AZ 85038 | leticia.f.hernandez@jpmorgan.com<br>602.221.4724 | | | $947,119.63 | $0.00 | Unknown |
| JPMorgan Chase Bank, NA<br>Post Office Box 29550<br>AZ1-1025<br>Phoenix, AZ 85038 | 602.221.4724 | | | $1,478,206.18 | $0.00 | Unknown |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 2

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   None

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   None

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   Benchmark Sound Services, Inc.
   Filed Concurrently
   2:17-bk-_____-__

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   Burbank   , California.     /s/ Pedro Jimenez
                                           Pedro Jimenez
Date:    May 4, 2017                       Signature of Debtor

                                           _____
                                           Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                Page 1                **F 1015-2.1.STMT.RELATED.CASES**

```
Aladdin Glass & Mirror
18758-2 Bryant Street
Northridge, CA 91324


Audio Intervisual Design
James Pace, Owner
1155 North La Brea Avenue
Los Angeles, CA 90038


CF Burbank Office, L.P.
100 Waugh Street
Suite 600
Houston, TX 77007


Dolby Laboratories, Inc.
16841 Collections Center Drive
Chicago, IL 60693


Employment Development Dept.
Bankruptcy Group MIC 92E
Post Office Box 826880
Sacramento, CA 94280-0001


Haight Brown & Bonesteel LLP
Attn: William Ireland
555 South Flower Street, 44th Floor
Los Angeles, CA 90071


Hymes Schreiber & Knox LLP
Douglas K. Schreiber
21333 Oxnard Street
First Floor
Woodland Hills, CA 91367


Jackson Walker L.L.P.
Attn:  Kurt D. Nondorf
1401 McKinney Street
Suite 1900
Houston, TX 77010
```

Jackson Walker L.L.P.
Attn: Amanda Dworak
1401 McKinney Street
Suite 1900
Houston, TX 77010


John Cox
3922 Greenwood Street
Newbury Park, CA 91320


JPMorgan Chase Bank, NA
Post Office Box 29550
AZ1-1025
Phoenix, AZ 85038


Kipjoe, Inc. (Steiner Construction)
Joseph J. Steiner, President
5525 Oakdale Avenue
Suite 450
Woodland Hills, CA 91364


Los Angeles County Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0110


Renegade Flooring, Inc.
2999 Overland Avenue
Suite 111
Los Angeles, CA 90064


Robert A. Weissman, Esq.
Weissman & Weissman
2660 Townsgate Road
Suite 350
Westlake Village, CA 91361


State Board of Equalization
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0029

```
Stone Miller
11620 Wilshire Boulevard
Suite 520
Los Angeles, CA 90025


Superior Alarm Systems
Post Office Box 10084
Canoga Park, CA 91309


Transwestern
Attn:  Nicole Audette
601 South Figueroa Street
Suite 2750
Los Angeles, CA 90017


Trendex Corporation
Attn:  Pam Vincent
9353 Eton Avenue
Chatsworth, CA 91311


Winningham Becker & Company
21031 Ventura Boulevard
Suite 1000
Woodland Hills, CA 91364
```